1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph. (510) 548-7300
   Fax: (510) 284-3750
4  alan@alankorn.com
5
   Attorney for Petitioner
6  Alchemy Werks, LLC



FILED
DEC - 9 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO YOUTUBE, LLC | ) MISCELLANEOUS CASE NO.<br>) CV- 16-80256-MISC<br>) ALCHEMY WERKS, LLC'S<br>) REQUEST TO THE CLERK FOR<br>) ISSUANCE OF SUBPOENA<br>) PURUSANT TO 17 U.S.C. § 512(h) TO<br>) IDENTIFY ALLEGED INFRINGERS<br>) |

Petitioner Alchemy Werks, LLC ("Alchemy Werks"), through its legal counsel, respectfully requests that the Clerk of this Court issue a subpoena on YouTube, LLC (YouTube) to identify several alleged infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena seeks infromation from YouTube concerning the identities of several users, including the users "elizabeth rees," "Meryl Streep," "Kilam Bosa" and "Sports Club" who posted content which infringe copyrights in and to the motion picture "Accidental

ALCHEMY WERKS REQUEST TO THE CLERK FOR ISSUANCE OF DMCA SUBPOENA – PAGE 1

Exorcist" (a/k/a 5 Years After the Fall") owned by Alchemy Werks (the "Motion Picture"). *See* Declaration of Alan Korn, attached hereto.

Alchemy Werks has satisifed the requirements for issuance of a subpoena in accordance with 17 U.S.C. § 512(h) by submitting the following documents herewith:

a. Copies of the two (2) DMCA notifications previously served on YouTube which are required pursuant 17 U.S.C. § 512(c)(3)(A). *See* Exhibit 1 to the accompanying Declaration of Alan Korn;

b. A copy of the proposed DMCA Subpoena (attached); and

c. A sworn declaration confiring that the purpose for which the DMCA Subpoena is sought is to obtain the identty of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Alchemy Werks' rights in accordance with 17 U.S.C. § 512(h)(2).

As Petitioner Alechemy Werks has complied with the above statutory requirements, Alchemy Werks respectfully requests that the Clerk expeditously issue and sign the propsed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned legal counsel for service on YouTube.

Dated: December 9, 2016

LAW OFFICE OF ALAN KORN

By: _____
ALAN KORN
Attorneys for Petitioner
Alchemy Werks, LLC

ALCHEMY WERKS REQUEST TO THE CLERK FOR ISSUANCE OF DMCA SUBPOENA – PAGE 2