ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph.  (510) 548-7300
Fax: (510) 284-3750
alan@alankorn.com

Attorney for Petitioner
ALCHEMY WERKS, LLC



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO YOUTUBE, LLC | MISC. CASE No.<br><br>CV- 16-80256-MISC<br>**DECLARATION OF ALAN KORN IN SUPPORT OF REQUEST FOR DMCA SUBPOENA** |

I, ALAN KORN, declare as follows:

1.     I am an attorney licensed to practice law in the State of California, and am duly licensed to practice before all of the Courts of the State of California.  I make this declaration based upon my own personal knowledge and if called upon to testify could and would do so competently.  In make this declaration in support of the request by my client Alchemy Werks, LLC, for the clerk of the Northern District of California to issue the subpoena attached hereto, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. Section 512(h).

2.     I am intellectual property counsel for Alchemy Werks, Inc. ("Alchemy Werks") and am duly authorized to make this request on Alchemy Werks' behalf.

3.      Alchemy Werks is the owner of the United States copyright in and to the feature motion picture "Accidental Exorcist" whose alternate title is "5 Years After the Fall" (the "Motion Picture").  The Motion Picture, which was released theatrically on or about June 24, 2016, is subject to protection under applicable copyright law, and registration is pending with the U.S. Copyright Office pursuant to an application submitted on or about June 2, 2016.

4.      On behalf of Alchemy Werks, on November 17, 2016 and November 18, 2016 I submitted to YouTube, LLC the DMCA takedown notices attached to the requested subpoena as set forth in the agent designation filed by YouTube in the U.S. Copyright Office, and posted on the parent company website at https://support.google.com/youtube/answer/6005908

5.      Although the DMCA Notice requested the identifies of the users who posted unauthorized copies of the Motion Picture, YouTube, Inc. has not provided such information.

6.      The sole purpose for which the requested subpoena is sought is to obtain the identifies of the alleged infringers described in the DMCA Notices and such information will only be used for the purpose of protecting Alchemy Werks' copyright under the DMCA.  In particular, Alchemy Werks seeks information that will lead to identification of the persons who copied and distributed the Motion Picture (which has not yet been released on DVD) illegally, so that Alchemy Werks can take steps to enforce its copyright and stop the unauthorized sale, distribution and exhibition of such counterfeits. See U.S.C. 17 Sections 106, 501 et seq., 602.

I declare under penalty of perjury under the laws of the Untied States and the State of California that the foregoing is true and correct.

///

///

DECLARATON OF ALAN KORN IN SUPPORT OF REQUEST FOR DMCA SUBPOENA – PAGE 2

1  DATED:  December 6, 2016

2                                      LAW OFFICE OF ALAN KORN

3

4                                      By_____
                                          Alan Korn
5                                         Attorney for
                                          Alchemy Werks, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 1

ALAN KORN ATTORNEY AT LAW

November 17, 2016

YouTube, LLC
Attn: Legal Department
901 Cherry Ave.
San Bruno, CA 94066
Email: legal@support.youtube.com

Attn: Mr. David C. Drummond
General Counsel, Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

**VIA EMAIL AND U.S. MAIL**

Re:    **Notice of Infringement - Alchemy Werks Content**

Dear Legal Dept. and Mr. Drummond:

I am intellectual property counsel for Alchemy Werks, LLC ("Alchemy Werks"). This notice reports an infringement of my client's intellectual property in compliance with the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. Section 512(c).

**Alchemy Werks' Intellectual Property**

Alchemy Werks owns the 2016 motion picture "Accidental Exorcist" whose alternate title is "5 Years After the Fall" (the "Motion Picture"). The Motion Picture is subject to protection under U.S. copyright law, and registration is pending with the U.S. Copyright Office pursuant to an application submitted on or about June 2, 2016 (see attached).

**Infringing Material**

Unauthorized copies of the motion picture are being reproduced, distributed and exhibited on YouTube's website at the following URLs:

https://www.youtube.com/watch?v=t0gMnLj8LgM

https://www.youtube.com/watch?v=NDnMI1Tl-M4

https://www.youtube.com/watch?v=UU63Ycb7Z_0

https://www.youtube.com/watch?v=K3R4rl79IRk

https://www.youtube.com/watch?v=KnpqiMRWgow

https://www.youtube.com/watch?v=V0lWKcbzuDQ

https://www.youtube.com/watch?v=bILUC6aVbYA

### Statement of Good Faith

I hereby represent that Alchemy Werks has a good faith belief that the use of the above referenced motion pictures are not authorized by Alchemy Werks, its agents or the law.

### Demand for Removal

On behalf of Alchemy Werks, this is to respectfully demand that the above URLs reproducing my client's motion pictures be removed from YouTube.com

### Demand for Contact Information of Infringers

On behalf of Alchemy Werks, this is to additionally demand that YouTube provide the undersigned with the name, address, phone number, email address and other contact information for each of those users engaged in the unauthorized posting of my client's Motion Picture. Please note that these users are posting many motion pictures that infringe the copyright of other film companies in addition to Alchemy Werks.

### Contact Information

Your response to this notice should be addressed to my attention and the address, phone number and/or email provided herein.

### Statement of Accuracy

Under penalty of perjury, the information in this notice is accurate and as counsel for Alchemy Werks I am authorized to act on behalf of Alchemy Werks in this matter.

This notice is submitted without prejudice to my client's rights, all of which are hereby reserved. Thank you in advance for your prompt response concerning the above.

Sincerely,

Alan Korn

Enclosures

cc: Alchemy Werks, LLC

electronic Copyright Office (eCO)                                    https://eco.copyright.gov/eService_enu/start.swe?SWFX_md=Logi...


United States Copyright Office

Home  |    |  My Profile  |  Help  |  Contact Us  |  Log Out  |

COPYRIGHT HOME

<< Back ||| (JavaScript:SWESubmitForm(document.SWEForm5_0,s_0,"s_5_1_39_0","1-1MDUC6I"))

### Case Summary:

| | | |
|---|---|---|
| Case #: 1-3530288682 | Type of Case: Motion Picture/AV Work | Opened: 6/2/2016 |
| Title: 5 Years After The Fall | | Contact Name: Laura Cro· |
| Fee Due: 55.00 | Service Fee Paid: 55.00 | Claim Status: Pending |

**Submit Your Work(s)**
To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-depo

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html): Please perform the following steps for th
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding wo
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" (http://www.copyright.g

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of r**

- It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
- It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
- It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**Upload Your Work(s)**

| Case Details | Step 1: Select & |
|---|---|
| Case #: 1-3530288682 | |
| Title: 5 Years After The Fall | |
| Volume: | +Select files |
| Number: | |
| Issue Date: | |
| Type of Work: Motion Picture/AV Work | |

Updates

Comments  (JavaScript:SWESubmitForm(document.SWEForm6_0,s_1,"s_6_2_36_0",""))    Activity Ty
(JavaScript:SWESubmitForm(document.SWEForm6_0,s_2,"s_6_2_36_0",""))

**(2) Send Your Work(s) by Mail:**

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be
  attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip.Note: Your effective c
  be based on the date on which we receive the copies **with corresponding shipping slips attached.**

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table
Home page.

**Send Your Work(s) by Mail**

||| Create Shipping Slip |||
(JavaScript:SWESubmitForm(document.SWEForm1_0,s_8,"s_1_1_11_0","1-1MDUCC5"))

Attachment (JavaScript:SWESubmitForm(document.SWEForm1_0,s_9,"s_1_2_19_0","1-1MDUCC5"))    File  (JavaScript:SWESubmitFor
Name                                                                                        Type

of 1                                                                                    11/16/16, 2:37 PM

ALAN KORN ATTORNEY AT LAW

November 18, 2016

YouTube, LLC
Attn: Legal Department
901 Cherry Ave.
San Bruno, CA 94066
Email: legal@support.youtube.com

Attn: Mr. David C. Drummond
General Counsel, Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

**VIA EMAIL AND U.S. MAIL**

    Re:    <u>**Notice of Infringement – Alchemy Werks Content**</u>

Dear Legal Dept. and Mr. Drummond:

        I am intellectual property counsel for Alchemy Werks, LLC ("Alchemy Werks"). This notice reports an infringement of my client's intellectual property in compliance with the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. Section 512(c).

<u>**Alchemy Werks' Intellectual Property**</u>

        Alchemy Werks owns the 2016 motion picture "Accidental Exorcist" whose alternate title is "5 Years After the Fall" (the "Motion Picture"). The Motion Picture is subject to protection under U.S. copyright law, and registration is pending with the U.S. Copyright Office pursuant to an application submitted on or about June 2, 2016 (see attached).

<u>**Infringing Material**</u>

        Unauthorized copies of the Motion Picture are being reproduced, distributed and exhibited on YouTube's website at the following URLs:

    https://www.youtube.com/watch?v=nHkVjY06UV4

        In addition, a search of YouTube's site reveals links to unauthorized third party websites purporting to offer free streams of the Motion Picture, including at the following URLs:

    https://www.youtube.com/watch?v=c37JBQ4NFww&t=9s

    https://www.youtube.com/watch?v=vHBVOBmY7uQ

    https://www.youtube.com/watch?v=aq0sEJ8RUz0

    https://www.youtube.com/watch?v=ZV61XaQAk_I&t=806s

    https://www.youtube.com/watch?v=Nn2Logit4Ts&list=PLhB6xB5qc1WMxkPshFYx5mN
3b7UUFGqm-

https://www.youtube.com/watch?v=XDWcviqLFFs&list=PL7kFkALunI-BV7mQy2audC8e34A0Ft2bM

https://www.youtube.com/watch?v=hF9EXJx_TNw&list=PLo7HDaN9pKU15upmgqL8Oe9WGstPgAZ_f

https://www.youtube.com/watch?v=Eo4MtEEgw7w&list=PLql2fvNqS4pjmtRwwrq82PwXfeCpOlGhw

https://www.youtube.com/channel/UCgDbxc4mwgGEbOEzeqXeUjQ

https://www.youtube.com/watch?v=F-E-uC5Dt3k

https://www.youtube.com/watch?v=F-E-uC5Dt3k&t=1852s

## Statement of Good Faith

I hereby represent that Alchemy Werks has a good faith belief that the use of the above referenced motion pictures are not authorized by Alchemy Werks, its agents or the law.

## Demand for Removal

On behalf of Alchemy Werks, this is to respectfully demand that the above URLs reproducing my client's motion pictures be removed from YouTube.com

## Demand for Contact Information of Infringers

On behalf of Alchemy Werks, this is to additionally demand that YouTube provide the undersigned with the name, address, phone number, email address and other contact information for each of those users engaged in the unauthorized posting of my client's Motion Picture.  Please note that these users are posting many motion pictures that infringe the copyright of other film companies in addition to Alchemy Werks.

## Contact Information

Your response to this notice should be addressed to my attention and the address, phone number and/or email provided herein.

## Statement of Accuracy

Under penalty of perjury, the information in this notice is accurate and as counsel for Alchemy Werks I am authorized to act on behalf of Alchemy Werks in this matter.

This notice is submitted without prejudice to my client's rights, all of which are hereby reserved.  Thank you in advance for your prompt response concerning the above.

Sincerely,

Alan Korn

Enclosures

cc:  Alchemy Werks, LLC

electronic Copyright Office (eCO)                    https://eco.copyright.gov/eService_enu/start.swe?SWECmd=Login


United States Copyright Office

Home |    | My Profile | Help | Contact Us | Log Out |

**COPYRIGHT HOME**

<< Back || (JavaScript:SWESubmitForm(document.SWEForm5_0.s_0,"s_5_1_39_0","1-1MDUC6I"))

### Case Summary:

| Case #: 1-3530288682 | Type of Case: Motion Picture/AV Work | Opened: 6/2/2016 |
|---|---|---|
| Title: 5 Years After The Fall | | Contact Name: Laura Cro |
| Fee Due: 55.00 | Service Fee Paid: 55.00 | Claim Status: Pending |

**Submit Your Work(s)**
To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-depo

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html): Please perform the following steps for th
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding wo
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" (http://www.copyright g

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of r**

- It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
- It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
- It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**Upload Your Work(s)**

| Case Details | Step 1: Select & |
|---|---|
| Case #: 1-3530288682 | |
| Title: 5 Years After The Fall | |
| Volume: | |
| Number: | +Select files |
| Issue Date: | |
| Type of Work: Motion Picture/AV Work | |

**Updates**

| Comments | (JavaScript:SWESubmitForm(document.SWEForm6_0.s_1,"s_6_2_36_0","")) | Activity Ty |
|---|---|---|
| | (JavaScript:SWESubmitForm(document.SWEForm6_0.s_2,"s_6_2_36_0","")) | |

(2) Send Your Work(s) by Mail

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, b
  attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip. Note: Your effective c
  be based on the date on which we receive the copies **with corresponding shipping slips attached.**

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table
Home page.

**Send Your Work(s) by Mail**

|| Create Shipping Slip ||

(JavaScript:SWESubmitForm(document.SWEForm1_0.s_8,"s_1_1_11_0","1-1MDUCC5"))

| Attachment (JavaScript:SWESubmitForm(document.SWEForm1_0.s_9,"s_1_2_19_0","1-1MDUCC5")) | File (JavaScript:SWESubmitFor |
|---|---|
| Name | Type |

# EXHIBIT 2

You Tube

https://www.youtube.com/watch?v=0gaknjJ8JgM

Search




1:15 / 1:49:06

Accidental Exorcist 2016 HDRip XviD AC3 EVO

elizabeth rees
Subscribe 53

13,626 views

Published on Jul 20, 2016

Category   People & Blogs
License   Standard YouTube License

SHOW MORE

COMMENTS · 23

ADD A PUBLIC COMMENT...

Top comments ▾


**Lisa Borsello** 1 week ago
woe great movie.thank you.I wish I knew that guy
Reply · 👍 👎

Up next

Autoplay


The Vatican Exorcisms 2013
الفاتيكان طرد الأرواح الشريرة
Sam 15
299,177 views
1:13:17


The Demon Within - Full Movie
Frightrest
39,737 views
1:25:06


Haunting of Cellblock 11
Joe Ori
55,513 views
1:24:36

(Danny Glover) Based on a true
story (Crime Drama Thriller)
206,813 views
1:50:14

Horror Movies 2016 New Scary
Full Movie English
Scott Moore
192,050 views
1:24:03



The Sighting 2013 HDRip XViD
ETRG
tanya ghosh
13,732 views
1:26:41

Movies exclusive
let me in 2010 مترجم
171,598 views
1:55:40


Delirium 2015 720p BRRip x264
AAC ETRG
elizabeth rees
5,822 views
1:21:23


The Ouija Experiment (Mystery,
Horror Movie) Full Movie English
Watch Movies Now
218,549 views
1:28:06

Upload

Sign in



You Tube

https://www.youtube.com/watch?v=bKUO6aXhYA

Search




### Accidental Exorcist 2016 English Horror Movie Part 2/2



Sports Club

Subscribe

+ Add to    Share    ... More

Published on Oct 11, 2016
Accidental Exorcist 2016 English Horror Movie Part

SHOW MORE

COMMENTS

Add a public comment...

5 views

👍 0    👎 0

Up next    Autoplay


The Possession Experiment
(2016) Trailer (HD)
UHM - Upcoming Horror Movies
154,168 views


Accidental Exorcist full movie
Mary Glenn
18 views


Accidental Exorcist 2016 HDRip
XviD AC3 EVO
elizabeth veej
13,521 views


Deliverance From Evil FULL
MOVIE 2014 Horror Exorcist
Free Movies Tv
940,762 views


Accidental Exorcist 2016
Kilian Bout
20 views


Horror Movie Accidental Exorcist
2016 English Movie Part 1/2
Sports Club
34 views


Horror Movies 2016 Full Movie
English - Scary Thriller Movies
Cathy K. Bennett
6,382,072 views


Daytona Bike Week 2016 -
"75th" - Main Street MAYHEM,
OldChuckz
Recommended for you


Accidental Exorcist 2016 Cml
Theater Movie Review
Cml Entertainment
158 views





Upload

Sign in





# Horror Movie Accidental Exorcist 2016 English Movie Part 1/2

Sports Club

Subscribe

Published on Oct 11, 2016

Horror Movie Accidental Exorcist 2016 English Movie

SHOW MORE

COMMENTS

38 views




















Up next

Autoplay

The Possession Experiment (2016) Trailer (HD)
Metal Upcoming Horror Movies
154,968 views

Accidental Exorcist full movie
Meryl Streep
18 views

Accidental Exorcist 2016 HDRip XviD AC3 EVO
rockadile mimir
13,925 views

3-1-3 Kannada Accidental horror short film
PPFCH CREATION team
8,953 views

Deliverance From Evil FULL MOVIE 2014 Horror Exorcist
FreakMovies
940,762 views
Recommended for you

Daytona Bike Week 2016 - "75th"- Main Street MAYHEM
OddChuckie
Recommended for you

Strangest Things Accidentally Filmed In Movies
Looper
3,254,577 views
Recommended for you

Hillary Clinton Has A Major Racist Meltdown On Video
Multimedia
Recommended for you

Incarnate New Clips: Enter the subconscious mind to fight
Horror Movie Trailers by FilmIsNow
556 views



YouTube

https://www.youtube.com/watch?v=nHkXiY06LV4

Search



Accidental Exorcist full movie

Meryl Streep

Subscribe

Add to    Share    More

Published on Oct 23, 2016

Category
License          Film & Animation
                 Standard YouTube License

COMMENTS

Add a public comment...

52 views

Up next                                    Autoplay

مـه فـلـم Exorcist The Fallen 2014
مـه فـلـم
3,027 views

The FOREST 2016 - Horror
Mystery - HD - FULL MOVIE
Trang Dinh
135 views

Accidental Exorcist 2016 HDRip
XviD AC3 EVO
elizabeth rees
13,529 views

Stellan Skarsgard-Exorcist: The
Beginning (2004) - Horror,
Jason Joney
695,774 views

The Exorcism of Molly Hartley
Movie 2015 - Sarah Lind, Devon
Mark X. Birge
88,713 views

The Exorcism of Molly Hartley
Movie 2015 - Sarah Lind, Devon
Mark X. Birge
88,713 views

The Ouija Experiment (Mystery,
Horror Movie) Full Movie English
Watch Movies Now!
219,569 views

Healey's Hideaway full movie
Meryl Streep
14 views

Shark Exorcist 2015 (دراما)
Audio Jynch Tv
2,245 views

English Action Fantasy Movie
Full Length - Free HD Movies
Diamond Movie
289,673 views




















Upload     Sign in



Search





1:10 / 126:50

Theater mode

25 views

**Accidental Exorcist 2016**

K  Kilan Bosa
    Subscribe  0

+ Add to   Share   ••• More

Published on Sep 6, 2016

Category    People & Blogs
License     Standard YouTube License

COMMENTS

Up next

Autoplay



**The Ouija Exorcism** الجن على الحقيقة
Blu all films
8 1,830 views





**Accidental Exorcist 2016 HDRip XviD AC3 EVO**
elizabeth ness
13,522 views



سر الجن العاشق ابتسام 2016 ...
672,713 views



**Accidental Exorcist full movie**
Meryl Streep
18 views



**Accidental Exorcist 2016 Cml Theater Movie Review**
Cml Entertainment
188 views



**Absence of the Good 1999**
Kilan Bosa
73 views



**Accidental Friendship 2008**
40 views



**Haribo Sugarless Gummy Bear Challenge (Warning: Intestinal**
ShopAtZone
3,458,944 views



**5 Unexplained Things Caught on Camera**
YouFact
13,749,983 views



عالم الجن و الشياطين

3,240,415 views





Upload    Sign in

11/17/2016                                Accidental Exorcist 2016 HDRip XviD AC3 EVO - YouTube

Search                                                                        Upload    Sign in

Accidental Exorcist 2016 HDRip XviD AC3 EVO



Accidental Exorcist 2016 HDRip XviD AC3 EVO

elizabeth rees
Subscribe  53                                              13,626 views

Add to    Share    More                                          78      13

Published on Jul 20, 2016

Category    People & Blogs
License     Standard YouTube License

SHOW MORE

COMMENTS · 23

Add a public comment...

Top comments ▼

 **Lisa Borsella**  1 week ago
woe great movie.thank you.I wish I knew that guy
Reply ·

 **madhatters crafts**  6 days ago (edited)
OK that was different ......got drawn in and had to watch to the end loved it ......and the lead
guy did a brilliant job i would watch any movie he is in i believed in his performance he
drew me in ...........
Reply ·

 **Tammy Desjardins**  1 month ago
Loved the script. Had a convincingly rabid look as a lost soul trying to find meaning in an
otherwise demonic world. The stigmata was a great visual effect that you don't know quite
how to fit it in the absolute chaos of this man's life. He becomes the sacrifice to the God's
of corporate money making schemes and the tortured little guy that works the hardest and
Read more

Skip navigation 

 **Dez M.**  1 month ago
Tammy Desjardins love your words
Reply ·

Up next                                        Autoplay

 **The Vatican Exorcisms
2013** وثائقي وجود الأرواح
Sam S.b
269,171 views

 **The Demon Within -
Full Movie**
Frightpix
39,737 views

 **Haunting of Cellblock
11**
Loki
55,513 views

 **(Danny Glover) Based
on a true story (Crime**
Jason Jonez
206,813 views

 فيلم let me in 2010 مترجم
Movies exclusive
171,198 views

 **Horror Movies 2016
New Scary Full Movie**
Scott Symes
102,062 views

 **The Sighting 2015
HDRip XViD ETRG**
tanya ghosh
13,752 views

 **Delirium 2015 720p
BRRip x264 AAC ETRG**
elizabeth rees
5,822 views

 **The Ouija Experiment
(Mystery, Horror**
Watch Movies Now!
218,549 views

 **Demonic Possession
and Exorcism ★**
Lets Play Games
208,011 views

 **Hollywood Action
movies 2016 - Best**
Action - Sci-Fi Movies 2016
417,721 views

Search                                                                    Upload    Sign in

Lynch meets Stephen King. Too surreal to be real and the mystery element. Who is that
guy, Jesus Christ maybe!?

Reply ·

**George Johnson** 1 month ago
Well that was the weirdest damn movie I've seen in a long time................!!!

Reply · 1


**Earl Guyton** 1 month ago
I guess what I thought was normal most people never experienced.  I remember in the
early and mid 1970s I saw the same as in this movie at my dads house and people that
hung out there.  But this doesn't scare me because if you believe In Jesus Chrsit none of
that can bother you if you are a good person

Reply ·


**Dez M.** 1 month ago
Oh man I loved this movie! The ending tho ?!?! Why why why ??? The ending could've been
genius but they got lazy!!!!

Reply ·


**Jay Shields** 6 days ago
good film, well done. not ones average cup of tea

Reply ·


**soslothful** 1 month ago
The girl's problem is plain lousy parenting.

Reply ·


**Don Whitcher** 3 weeks ago
Very cool~

Reply ·


**joe Powell** 6 days ago
wow

Reply ·


**Earl Guyton** 1 month ago
I know where the script writing person got their ideas to have this movie directed.  This life
actually existed directly after 1972 when businesses and corporations all closed down in
Detroit and ohio area.  By 1974 most of these younger to 30ish people began compacting
in LA and Houston Tx  The ones that stayed behind that didn't own houses but were
Read more

Reply · 2


**Keona Foster** 2 months ago
silly movie, I loved it !

Reply ·


**David Grings** 2 months ago
fala que e lendado burro

Reply ·


**mistanix** 1 week ago
man majorly fucked up

Reply ·
Skip navigation

**lou sepher** 1 month ago
i want his girl friend

Reply ·


Mallette Cohen
339,317 views


**Don't Be Afraid of the
Dark (full movie)**
Mademoiselle G
628,856 views


**The Devil's Rock 2011**
Lotus Ho
415,565 views


**The Remains 2016**
Valen Fahmian
173,838 views


فيلم الرعب الخطير **The
Ouija Exorcism**
Rizk All new
81,635 views


**The Exorcism of Emily
Rose (2005) Full Film**
Tsoskfjd
56,311 views


**Deliverance From Evil
FULL MOVIE 2014**
FreeBMovies
940,762 views


**Ice 2020**
ICE CINEMA
1,868,002 views


**Horror Movies 2015 -
The Dead Room**
HorrorMovieCollections
313,803 views

SHOW MORE



Search                                                                    Upload    Sign in

Reply ·

**Didyou Missme**  1 month ago
Weird but worth a watch.
Reply ·

**bargir fighter**  1 month ago
Lol.funny movie.but watchable.
Reply ·

**FRANK ROBY**  1 month ago
stupid.
Reply ·

**lou sepher**  1 month ago
ty
Reply ·

Language: English ▼      Content location: United States ▼      Restricted Mode: Off ▼      History      Help

About    Press    Copyright    Creators    Advertise    Developers    +YouTube
Terms    Privacy    Policy & Safety    Send feedback    Try something new!



Search                                                                    Upload    Sign in

**Up next**                          **Autoplay**

Exorcist The Fallen فيلم
2014 مترجم بجودة عالية
عنوان الشرد
3,021 views

Accidental Exorcist
2016 HDRip XviD AC3
elizabeth rees
13,525 views

The F0RE5T 2016 -
Horror Mystery - HD -
Jason Jonez
695,779 views

Stellan Skarsgård-
Exorcist: The
Truong Dinh
135 views

The Exorcism of Molly
Hartley Movie 2016 -
Frank K. Burge
86,711 views

Healey's Hideaway full
movie
Meryl Streep
14 views

The Ouija Experiment
(Mystery, Horror
Watch Movies Now!
218,549 views

Shark Exorcist 2015
(مترجم)
Arabic lyrics Tv
2,245 views

English Action Fantasy
Movie Full Length -
Diamond Movie
289,675 views

The Sand Full Movie
2016
Latest Movie 2016
170,581 views

ACTION MOVIE/CAGE
OF GLORY/FULL
HD Movies
231,555 views

Accidental Exorcist full movie

Meryl Streep
Subscribe    0                                                    52 views

Add to    Share    More                                    0        0

Published on Oct 23, 2016

Category        Film & Animation
License         Standard YouTube License

COMMENTS

Add a public comment...

Skip navigation

Accidental Exorcist full movie - YouTube

Search                                                                    Upload    Sign In

John Bravo
11,582 views

**Freaks of Nature
Movie 2015 - Nicholas**
Tina K. Chitwood
6,500 views

فيلم رعب المخيف والحقيقي
المنتظر بشدة - بيت رعب
فلام رعب
Recommended for you

**Sci-fi Horror Movies
2016 - The Sand -**
Miller Blair
10,987 views

**penanggal malaysia
horor full movies**
vj sakura
186,829 views

**New Zombie Movies
2016 - New Horror**
chipmunk
103,290 views

**Patriots Day Official
Trailer #1 (2017) Mark**
Zero Media
542,249 views   NEW

**The Vatican Exorcisms
2013 وثائقي وجود الارواح**
Sam S.b
269,171 views

**Zombie Wars: Battle of
the Bone | Full Horror**
Kings of Horror
718,781 views

SHOW MORE

Language: English ▼     Content location: United States ▼     Restricted Mode: Off ▼     History     Help

About   Press   Copyright   Creators   Advertise   Developers   +YouTube
Terms   Privacy   Policy & Safety   Send feedback   Try something new!



Search                                                              Upload   Sign in

Up next                                    Autoplay

فيلم الرعب الخطير The
Ouija Exorcism
Rizk All new
81,635 views

Accidental Exorcist
2016 HDRip XviD AC3
elizabeth rees
13,525 views

فيلم رعب المخيف والحقيقي
المنتظر بشدة - بيت رعب
فلام رعب
672,713 views

## Accidental Exorcist 2016

**K**   Kilam Bosa
        Subscribe   0

Add to   Share   More                    25 views

Published on Sep 6, 2016

Category        People & Blogs
License         Standard YouTube License

Accidental Exorcist full
movie
Meryl Streep
18 views

Accidental Exorcist
2016 Cml Theater
Cml Entertainment
158 views

Absence of the Good
1999
Kilam Bosa
73 views

Accidental Friendship
2008
Kilam Bosa
46 views

## COMMENTS

Add a public comment...

Haribo Sugarless
Gummy Bear
skippy62able
5,858,944 views

5 Unexplained Things
Caught on Camera
YouFact
15,749,983 views

أقوى فلم مرعب مترجم
هاي كيكرز
3,740,416 views

Skip navigation

Incarnate New Clips:
Enter the
Horror Movie Trailers by Filmli
556 views

Search                                                                 Upload    Sign in

UHM - Upcoming Horror Movi
154,968 views

**ACCIDENTAL EXORCIST Trailer**
Fresh Movie Trailers
53,536 views

**Thailand Trip 2016 (HD)**
Christophe Soulami
Recommended for you

**Accidental Exorcist - Movie Review**
GoodBadFlicks
11,815 views

**Metal Detecting for Relics on the River**
Diggin Britt
Recommended for you

**Accidental Exorcist - Official Trailer - The**
Reality Entertainment.
1,388 views

**ACCidental ExoRcist )|| ( 20.16)Thriller Film**
Ninho Aponte
1,431 views

**Horror Movie Accidental Exorcist**
Sports Club
34 views

**Accidental Exorcist 2016 English Horror**
Sports Club
4 views

SHOW MORE

Language: English ▼     Content location: United States ▼     Restricted Mode: Off ▼     History     Help

About    Press    Copyright    Creators    Advertise    Developers    +YouTube
Terms    Privacy    Policy & Safety    Send feedback    Try something new!

11/17/2016                              Horror Movie Accidental Exorcist 2016 English Movie Part 1/2 - YouTube

Search

Upload    Sign in



**Horror Movie Accidental Exorcist 2016 English Movie Part 1/2**

 Sports Club

Subscribe  0

Add to     Share     More                                    39 views

Published on Oct 11, 2016
Horror Movie Accidental Exorcist 2016 English Movie

SHOW MORE

COMMENTS

Add a public comment...

Up next                              Autoplay


**The Possession Experiment (2016)**
UHM - Upcoming Horror Movie
154,968 views


**Accidental Exorcist full movie**
Meryl Streep
18 views


**Accidental Exorcist 2016 HDRip XviD AC3**
elizabeth rees
13,525 views


**3-1=3 Kannada Accidental horror short**
PSYCH CREATION team
6,963 views


**Accidental Exorcist 2016 Cml Theater**
Cml Entertainment
158 views


**Deliverance From Evil FULL MOVIE 2014**
FreeBMovies
940,762 views


فيلم رعب المخيف والحقيقي المنتظر بشدة - بيت رعب الدرمه
Recommended for you


**Haribo Sugarless Gummy Bear**
skippy62able
5,858,944 views


**Hardcore Sex**
BestOfTontoDike
47,687 views

**Strangest Things Accidentally Filmed In**
Looper
3,254,177 views

**Incarnate New Clips: Enter the**
Horror Movie Trailers by Filml
556 views

Skip navigation

Horror Movie Accidental Exorcist 2016 English Movie Part 1/2    YouTube

Search

Upload    Sign in

Sports Club
4 views

**Sex, , 2014 New Romantic Movies 18+**
Mark Hoover
72 views

**Accidental Exorcist 2016**
Kilam Bosa
20 views

**Sex Tape (2014) Full Movie HD**
barry
2,363 views

**Top 10 Unexpected Movie Deaths**
WatchMojo.com
26,277,633 views

**Accidental Exorcist - Official Trailer - The**
Reality Entertainment.
1,388 views

**Hell's Highway Full Horror Movie English**
Sports Club
7 views

**Accidental Exorcist - Movie Review**
GoodBadFlicks
11,815 views

**Korean Movies - Death Bell - Best Movies With**
Gobba
340,538 views

SHOW MORE

Language: English ▼    Content location: United States ▼    Restricted Mode: Off ▼    History    Help

About    Press    Copyright    Creators    Advertise    Developers    +YouTube

Terms    Privacy    Policy & Safety    Send feedback    Try something new!